# CHAMBLISS

CHAMBLISS, BAHNER & STOPHEL, P.C.

Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
(423) 756-3000

JOHN G. JACKSON
DIRECT DIAL (423) 757-0246
DIRECT FAX (423) 508-1246
jjackson@chamblisslaw.com
ALSO LICENSED IN GEORGIA

October 5, 2018

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Michael R. Mercer
Chattanooga Hotmix, Inc.
12711 Townepark Way
Louisville, KY 40243

Leonard A. Loesch, President
Stansteel Corporation d/b/a
Hotmix Parts & Service, d/b/a
Chattanooga Parts
12711 Townepark Way
Louisville, KY 40243

Re: "Chattanooga Hotmix"

Dear Mr. Mercer & Mr. Loesch:

This law firm represents Astec Industries, Inc. and its subsidiaries, including Astec, Inc. ("Astec").

It has recently come to our attention that you have created an entity, website (www.chattanoogahotmix.com) and social media accounts under the name "Chattanooga Hotmix" that attempt to unfairly and misleadingly compete with Astec in the asphalt equipment and parts market. Although Astec believes in fair competition, your creation of "Chattanooga Hotmix" and the claims associated with it step well over the line of good faith business practices, as more fully described below.

1. "Chattanooga Hotmix" is misleading. It is our understanding that you do not design, manufacture or warehouse hot mix equipment or parts in Chattanooga, Tennessee. In fact, we understand that when someone calls the local Chattanooga number associated with "Chattanooga Hotmix," (423) 425-9882, they are connected to an operator who then forwards the call to your offices in Kentucky. This is misleading to customers who may believe they are dealing with a company actually located in Chattanooga, Tennessee.

Furthermore, the city of Chattanooga, Tennessee is associated with hot mix products because Astec was founded there and built a worldwide reputation for excellence in connection with

Michael R. Mercer
Leonard A. Loesch, President
October 5, 2018
Page 2

hot mix asphalt plants, equipment, parts and service. Astec has been headquartered in Chattanooga for over 45 years. "Chattanooga Hotmix" therefore misleadingly and unfairly suggests an association of some kind between your companies and Astec.

Additional evidence of the misleading nature of your efforts is the fact that your website's background is colored the same that is well known in the industry to be associated with Astec's asphalt plants. In fact, you have gone so far as to post to your website and social media accounts (like Facebook) a photograph of what clearly appears to be Astec silos painted in the Astec color scheme that is well known in the industry. Once again, you are trying to draw some association with Astec and reap the benefits of Astec's hard-earned reputation for quality products and excellent customer service in the market.

These activities amount to unfair competition, false advertising, false designation of origin and trademark infringement among other things prohibited by the Lanham Act and Tennessee common law.

Furthermore, Astec has been contacted by customers who are confused and disturbed by direct emails received from you, who have contacted Astec for an explanation of how or if "Chattanooga Hotmix" is somehow related to or affiliated with Astec, Inc. This type of customer confusion is exactly what the Lanham Act and State unfair competition laws are designed to avoid.

We therefore demand that you immediately take down the "Chattanooga Hotmix" website, www.chattanoogahotmix.com, all of your social media accounts related to it, and cease and desist marketing and advertising under the name "Chattanooga Hotmix", including without limitation sending emails to customers or potential customers under that name.

We further demand that you confirm that the individuals listed on the "Chattanooga Hotmix" website under the tag line "Unmatched Experience" are not in fact employees of Chattanooga Hotmix, Inc. and are not physically located in Chattanooga, Tennessee. Also, we demand that you confirm whether these individuals are employees of Stansteel Corporation or companies affiliated with Stansteel Corporation.

2. <u>False Statements and Representations of Fact</u>. The "Chattanooga Hotmix" website, under the heading "Why Chattanooga Hotmix? Why Now?" in combination with the website design as discussed in detail above, leaves little doubt that the negative claims asserted therein are aimed entirely at Astec. The website is replete with false and misleading statements aimed at Astec, such as:

Michael R. Mercer
Leonard A. Loesch, President
October 5, 2018
Page 3

- "The reliability factor of some of the Double Barrel equipment is some of the lowest in the industry."  As you undoubtedly know, Double Barrel is a registered trademark of Astec, and refers to a groundbreaking product well known and well regarded in the industry.

- Customers are told designs are "proprietary when, in fact, they aren't."

- "Reduce the pain of faulty equipment designs."

- "Stop the abandonment of support and service, especially on controls."

- "Hot mix asphalt users and producers deserve the respect to have their phone calls and inquiries answered and not be manipulated by suppliers that want to change part numbers and procedures to only benefit the supplier and manufacturer."

Your "Chattanooga Hotmix" Facebook account contains similar false and misleading statements, such as:

- "We especially recognize the pains of Chattanooga-based equipment plants."

- "19 Reasons to Call Chattanooga Hotmix Now: These are some issues that we've identified to address and, in some cases, major problems to solve for asphalt plant operators with Chattanooga-based built systems:" [listing alleged "problems" and/or how you would allegedly solve such "problems"]

We demand that you immediately cease and desist making each of these claims and all other false or misleading claims, whether online, through email or by other direct means to customers or potential customers, or otherwise.  We also demand that you immediately produce all evidence supporting each of these claims.

This is a serious matter that requires your immediate attention.  We therefore request your written response by **October 12, 2018.**

This letter does not necessarily state all theories and causes of action Astec has against you.  Astec reserves all rights to modify, add to, delete or otherwise amend all claims set forth herein.

Michael R. Mercer
Leonard A. Loesch, President
October 5, 2018
Page 4

We look forward to your prompt response.

Very truly yours,

*[signature]*

John G. Jackson

JGJ/hms
Enclosure